UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS EFFERSON,

                           Petitioner,

  -against-

THOMAS POOLE, Superintendent,

                           Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5078 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 16, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       May 18, 2005

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court